**Order entered September 23, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00538-CV

### JERRY GRISAFFI, Appellant

### V.

### ROCKY MOUNTAIN HIGH BRANDS, INC. F/K/A
### REPUBLIC OF TEXAS BRANDS, INC., Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15441**

### ORDER

Before the Court is appellant's September 22, 2020 unopposed second motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **October 26, 2020**.

/s/    BILL WHITEHILL
       JUSTICE